UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | |
| Plaintiff, | Case No. _____ |
| - against - | |
| VTB BANK, P.J.S.C., | |
| Defendant. | |

---

**CORPORATE DISCLOSURE STATEMENT OF JPMORGAN CHASE BANK, N.A.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff JPMorgan Chase Bank, N.A., by its undersigned counsel, states as follows:

Plaintiff JPMorgan Chase Bank, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co., which is a publicly held corporation. JPMorgan Chase & Co. does not have a parent corporation and no publicly held corporation owns 10% or more of its stock. However, The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co.

JPMorgan Chase Bank, N.A., is a national banking association, with its main office in Ohio as set forth in its Articles of Association and, therefore, is a citizen of Ohio.

DATED: New York, New York
April 18, 2024

DAVIS POLK & WARDWELL LLP

By: */s/ Michael S. Flynn*
Michael S. Flynn
Craig T. Cagney
450 Lexington Avenue
New York, New York 10017
Tel.: (212) 450-4000
michael.flynn@davispolk.com
craig.cagney@davispolk.com

*Attorneys for JPMorgan Chase Bank, N.A.*