AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| JPMorgan Chase Bank, N.A. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| VTB Bank, P.J.S.C. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JPMorgan Chase Bank, N.A.                                                                                      .

Date:      04/18/2024

/s/ Michael S. Flynn
*Attorney's signature*

Michael S. Flynn  MF0505
*Printed name and bar number*

450 Lexington Avenue
New York, New York 10017

*Address*

michael.flynn@davispolk.com
*E-mail address*

(212) 450-4000
*Telephone number*

(212) 701-5800
*FAX number*