AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| JPMorgan Chase Bank, N.A. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. |
| VTB Bank, P.J.S.C. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JPMorgan Chase Bank, N.A.

Date: 04/18/2024

/s/ Craig T. Cagney
*Attorney's signature*

Craig T. Cagney  CC0214
*Printed name and bar number*

450 Lexington Avenue
New York, New York 10017

*Address*

craig.cagney@davispolk.com
*E-mail address*

(212) 450-4000
*Telephone number*

(212) 701-5800
*FAX number*