# EXHIBIT A

大成 DENTONS

# Konstantin Kroll
## Partner



Partner

London
D +44 20 3530 3732
M +44 740 8818 314

konstantin.kroll@dentons.com

## Overview

Konstantin Kroll focuses on special situations, international sanctions, distressed M&A, restructurings and disputes. At present Konstantin concentrates on advising international clients exiting the Russian market on the sale of their Russian subsidiaries and restructuring of their Russian operations.

Triple qualified as a solicitor of Senior Courts of England and Wales, Russian advocate and Irish solicitor (non-practicing), Konstantin has over 25 years of transactional experience. He has been recognized on numerous occasions in the areas of M&A, Capital Markets and Dispute Resolution/Arbitration & Mediation by *Chambers Global, Chambers Europe, The Legal 500, IFLR 1000, Leaders League, Best Lawyers, Benchmark Litigation, Pravo.ru-300, Vedomosti and Kommersant.*

Konstantin is a fellow (FCIArb) of the Charted Institute of Arbitrators (CIArb) in London and a Vice President of the Russian Chapter of CIArb European Branch, a member of the ICC Russia Commission on Arbitration and ICC Russia recommended arbitrator, a member of the London Court of International Arbitration (LCIA) Users' Council and LCIA arbitration database, an accredited arbitrator at the Hong Kong International Arbitration Center (HKIAC's List of Arbitrators), the Asian International Arbitration Centre (AIAC), the Tashkent International Arbitration Centre (TIAC's panel of arbitrators), the Georgian International Arbitration Centre (GIAC's List of Arbitrators), the Russian Arbitration Center at the Russian Institute of Modern Arbitration (RAC RIMA) and the Arbitration Center at the RSPP, the Russian Union of Industrialists and Entrepreneurs (International and Investment Disputes Panel).

Konstantin Kroll is a member of the Academic Council of the Higher School of Economics Master's Program "International Private Law and International Commercial Arbitration" and a visiting lecturer at the Higher School of Economics.

Until the end of 2022 Konstantin led Dentons Russian Corporate and M&A practice.

## Recognition

- *Chambers Global* and *Chambers Europe*, 2016-2021: Leading lawyer in Corporate/ M&A in Russia
- *The Legal 500*, 2021: Recommended lawyer in arbitration, energy & natural resources, commercial, corporate and M&A in Russia

1

- *Kommersant,* 2020-2022: Leading lawyer in international commercial arbitration
- *Pravo-300,* 2019-2021: Leading lawyer in international arbitration and Corporate/M&A in Russia
- *IFLR 1000*, 2016-2021: Highly regarded lawyer in M&A and in Capital markets (Structured finance and securitization; Equity; Debt) in Russia
- *Best Lawyers*, 2010-2021: Leading lawyer in capital markets, corporate and M&A in Russia
- *Benchmark Litigation*, 2020: Recommended lawyer in dispute resolution in Russia
- *Leaders League*, 2020-2021: Top lawyer in Large-Cap M&A and Capital Markets in Russia
- *Russian Arbitrators Guide: Next Generation*, 2021: Leading arbitrator

# Insights

- "The Prospects for the Development of Regulatory Framework in the Russian Market", *Legal Insight magazine,* No. 5 (111), July 2022
- "The right for defense and fair trial: on the subject of morality and prejudice in international commercial arbitration", *Arbitration.ru Magazine*, No. 2 (32), May 2022
- "Russian style M&A", *Kommersant Legal Business Supplement*, March 21, 2022
- Overview of the Russian M&A Market, Legal Insight No. 1 (107), February 2022
- Quoted in "How to punish Russia for Ukraine", *Vox*, February 8, 2022
- "Problem of Arbitrator's Bias", *Arbitration.ru Magazine*, No. 6 (30), December 2021
- Interview in Legal Insight magazine, *Legal Insight*, No. 10 (106), December 2021
- Interview by the Higher School of Economics, HSE Website, November 2021
- "Outcomes of the Russian arbitration reform: 5 years on", *Kommersant Legal Business Supplement*, September 28, 2021
- Interview on the recent developments in the Russian market, *CEE Legal Matters*, August 2021
- "CIArb in Russia", *Commercial Arbitration* magazine by the Chamber of Commerce and Industry of the Russian Federation, No. 1(6), June 2021
- "Frustration of an English law governed contract due to supervening foreign illegality", Arbitration.ru Magazine, Issue 10 (24), December 2020
- "New rules of Russian Arbitrazh Procedure Code regarding exclusive jurisdiction over sanctions-related disputes", *Legal Insight* Magazine, Issue 10 (96), December 2020
- "Impact of Sanctions on International Arbitration Involving Russian Parties", *Commercial Arbitration* magazine by the Chamber of Commerce and Industry of the Russian Federation, Issue 2(4), December 2020
- "Impact of Sanctions on International Arbitration Involving Russian Parties," WorldECR magazine (www.worldecr.com), Issue 93, October 2020
- "Impact of Sanctions on International Arbitration Involving Russian Parties," Thomson Reuters Practical Law Arbitration Blog, June 2020
- "Great Bear shrugs: Russia feels sanctions pain but business continues," WorldECR magazine (www.worldecr.com), Issue 89, May 2020
- "Sanctions Impact on Arbitration," *CEE Legal Matters*, January 2020

- Guest editorial in *CEE Legal Matters*, December 2019

- "The UK's Unexplained Wealth Orders," *Arbitration.Ru Magazine*, Issue 9, May 2019

- Co-author, "Choice of Law in Russian M&A and JV Transactions," *Corporate Lawyer Magazine*, May 2019

# Activities and Affiliations

## Presentations

- "Choosing a pro-arbitration jurisdiction – strategy in the sanctions environment", ICC Arbitration Conference "International arbitration in 2023 – Change of the paradigm", Moscow, December 15, 2022

- "International investors' exits – new M&A opportunities in the Russian market", XIX Annual Russian CFO Summit, Moscow, November 2, 2022

- Presenting at the ICC Russia webinar "International Arbitration and Sanctions", August 23, 2022

- Presenting at the Dentons webinar "Impact of sanctions/counter sanctions on the insurance and reinsurance sector", April 6, 2022

- Presenting at the AEB (Association of European Business) "Crisis Update – Sanctions and Counter-sanctions" webinar, April 1, 2022

- Presenting at the Dentons webinar "Sanctions latest: global insights from sanctions experts", March 14, 2022

- Presenting at the "Sanctions Outlook" webinar by the Belgian-Luxembourg Chamber of Commerce for Russia and Belarus, February 17, 2022

- Presenting at the "Decision Making in International Arbitration" webinar by ICC, February 2, 2022

- Moderating the "Impact of Sanctions on Commercial Arbitration" webinar by the Russian Arbitration Association, 19 January 2022

- "Impact of Bankruptcy on Arbitration: Comparison of English and Russian Law Position", ICC XIII Annual International Arbitration Conference "Russia as a Place for Dispute Resolution: New Era of International Arbitration", Moscow, 2 December 2021

- "Disputes in M&A deals – helicopter view", 13th Annual IBA/RAA "Mergers and Acquisitions in Russia and CIS" Conference, Moscow, November 26, 2021

- "When is an arbitration about an English law option agreement in respect of shares in a Cypriot company a Russian corporate dispute?" English Law Week meets Russian Law Week 2021, 23 November 2021

- Moderating panel "Standardization of the market: investments and transactions in Russia", XIII Russian Private Equity Congress and IX Venture Investors Forum by CBonds/PREQVECA, Moscow, September 30, 2021

- "Impact of Sanctions on International Arbitration", The 13th ABA/RAA Conference on the Resolution of CIS-Related Business Disputes, Moscow, September 22, 2021

- Presenting at the Round Table "Clash of Cultures in International Arbitration", Uzbek Arbitration Week under the auspices of the Tashkent International Arbitration Centre, September 8, 2021

- Moderating sessions on "Arbitrators' Bias in International Arbitration – a Myth or Reality" and "Mitigating the Risk of Arbitrators' Bias – Practical Techniques and Recommendations" at the ICC Practicum "The Problem of Arbitrators' Bias in International Arbitration", September 3, 2021

- "Impact of Sanctions on International Arbitration", Russian Arbitration Association (RAA) Moot Court Conference, 27 August, 2021

3


- Presenting at the on-line Round Table «Singapore, Hong Kong & Asian Jurisdictions: Trends in Dispute Resolution» by HKIAC and the RANEPA LLM Programme in International Business Law (Parallel Degree with the University of London), 22 July, 2021

- Moderating Dentons' webinar on the "Enforceability of arbitration clauses in bankruptcy: Russia, Ukraine, England, France, Germany, Singapore and Hong Kong", 25 June, 2021

- Moderating session "Maximizing the Probative Value of Witness Evidence" at The Practicum "Witness Evidence in International Arbitration: En Route to Balanced Approach" Conference by ICC Russia, 16 June 2021, Moscow

- "Recent developments in commercial and cross-border arbitration in Russia", CIS-Related Disputes: Treaties, Sanctions, Compliance and Enforcement Conference by CIS Arbitration Forum, 25 May, 2021

- "Impact of sanctions on international arbitration", British-Russian Law Association (BRLA) webinar, 18 May 2021

- Interview by CBonds, 22 April 2021

- "English vs. Russian law in M&A transactions in the Russian market", XI Russian M&A Congress by CBonds, 22 April 2021, Moscow

- "Impact of insolvency on arbitration", Arbitration and Fraud in Russia & CIS on-line conference by *Informa*, 14 April 2021

- "Impact of sanctions on arbitration", Interfax "Sanctions up-date" on-line conference, 7 April 2021

- Moderating session during English Law Week in Ekaterinburg, on-line conference by the Law Society of England and Wales and the Bar Council, 25 March 2021

- "Anti-suit injunctions in common law and civil law systems: practical aspects from the Russian perspective", Pravo.RU "Challenges and Opportunities during Sanctions" Conference, March 4, 2021

## Memberships

- Law Society, England and Wales
- Law Society, Republic of Ireland
- Moscow Bar Association
- Member, LCIA Users' Council and Arbitrators Database
- Member, AIAC, List of Arbitrators
- Member, HKIAC, List of Arbitrators
- Member, TIAC, Panel of Arbitrators
- Accredited arbitrator, Russian Arbitration Center at the Russian Institute of Modern Arbitration (RIMA)
- Accredited arbitrator, Arbitration Center at the Russian Union of Industrialists and Entrepreneurs (International and Investment Disputes Panel)
- Member and recommended arbitrator, ICC Russia (International Chamber of Commerce) Commission on Arbitration
- Member (FCIArb), Chartered Institute of Arbitrators (CIArb)
- International Swaps & Derivatives Association (ISDA), CEE/CIS Committee Association of International Petroleum Negotiators (AIPN)

## Prior and Present Employment

- Partner, Dentons, London, 2023 - present
- Partner, Dentons, Moscow, 2019-2022
- Partner, Orrick, Moscow and London, 2014-2019
- Partner, Jones Day, Moscow, 2011-2014
- Partner, Allen & Overy, Moscow, 2008-2011

*Biography includes grades according to Dentons' internal classification

# Areas of focus

## Practices

- Arbitration
- Corporate
- Mergers and Acquisitions
- Capital Markets
- Restructuring, Insolvency and Bankruptcy
- Derivatives and Structured Products
- Banking and Finance
- Competition and Antitrust
- Global Compliance and Investigations

## Industry sectors

- Private Equity
- Energy

# Education

- University of Manchester, 2001, LL.M.
- Moscow State University, Diploma in Law

# Languages

- English
- Russian

© 2023 Dentons. Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.