UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x

JPMORGAN CHASE BANK, N.A.

        Case No. _____

        Plaintiff,

        DECLARATION OF
- against -        DONNA MAINETTI

VTB BANK, PJSC,

        Defendant.

---------------------------------- x

I, Donna Mainetti, hereby declare as follows:

1. I am a Vice President with JPMorgan Chase Bank. N.A. ("JPMorgan"). I assist the Document Management Wholesale Payments area at JPMorgan.

2. The below statements are based on my knowledge of certain of JPMorgan's practices and procedures and/or a review of business records maintained in the ordinary course of business.

3. In 2008, VTB Bank, P.J.S.C. ("VTB") opened a U.S. dollar correspondent bank account (the "Correspondent Account") in New York with JPMorgan Chase Bank, N.A. ("JPMorgan") by signing and accepting an "Account Terms Acceptance Letter" on May 9, 2008. A copy of the Account Terms Acceptance Letter is attached as Exhibit A, and a copy of the Account Terms in effect in 2008 is attached as Exhibit B. A true and correct copy of the Account Terms as amended in 2015 and in effect in 2022 are attached as Exhibit C.

4. The account number for the Correspondent Account ends in 7557 and was maintained at JPMorgan's New York branch.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 8, 2024

Donna Mainetti