AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| JPMorgan Chase Bank, N.A. | ) | | |
|---|---|---|---|
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 1:24-cv-2924 |
| VTB Bank, P.J.S.C. | ) | | |
| *Defendant* | ) | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JPMorgan Chase Bank, N.A.                                                                                                          .

Date:   04/18/2024                                         /s/ Brendan Eng
                                                                    *Attorney's signature*

                                                         Brendan Eng  5801774
                                                         *Printed name and bar number*

                                                         450 Lexington Avenue
                                                         New York, New York 10017

                                                         *Address*

                                                         brendan.eng@davispolk.com
                                                         *E-mail address*

                                                         (212) 450-4000
                                                         *Telephone number*

                                                         (212) 701-5800
                                                         *FAX number*