UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JPMORGAN CHASE BANK, N.A.,                :
                                  Plaintiff,   :
                                          :    24 Civ. 2924 (LGS)
                   -against-                 :
                                          :          ORDER
VTB BANK, P.J.S.C.,                        :
                                Defendant.   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on April 25, 2024, a hearing was held on Plaintiff's motion for a preliminary injunction.

       WHEREAS, Plaintiff appeared at the hearing, but Defendant did not. As discussed at the hearing, it is hereby

       **ORDERED** that Plaintiff shall file a status letter every 30 days from the date of this Order.

Dated: April 26, 2024
       New York, New York

                                                                LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE