```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JPMORGAN CHASE BANK, N.A.,                                  :
                                        Plaintiff,          :
                                                            :    24 Civ. 2924 (LGS)
                    -against-                               :
                                                            :           ORDER
VTB BANK, P.J.S.C.,                                         :
                                        Defendant.          :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, as discussed at the May 15, 2024, conference, it is hereby

**ORDERED** that Plaintiff's unopposed motion to suspend these proceedings, but not the April 26, 2024, preliminary injunction, is granted. For the avoidance of doubt, the April 26, 2024, preliminary injunction, remains in place, and Defendant's obligation to respond to the Complaint is adjourned sine die. It is further

**ORDERED** that the parties shall brief Defendant's proposed motion to dissolve the injunction as follows:

- Defendant shall file its motion and a memorandum of law by **May 29, 2024**;
- Plaintiff shall file its memorandum of law in opposition by **June 21, 2024**;
- Defendant shall file its reply by **June 28, 2024**.

All filings shall comply with the Court's Individual Rules. By filing the motion to dissolve the injunction, Defendant agrees to construe Plaintiff's opposition to the motion as permissible under, and not in violation of, the Russian court's anti-suit injunction.

Dated: May 16, 2024
        New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE