UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :

JPMORGAN CHASE BANK, N.A.,           :

                             Plaintiff,    :

                                          :         24 Civ. 2924 (LGS)

               -against-          :

                                          :            ORDER

VTB BANK, P.J.S.C.,                   :

                              Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order dated May 16, 2024, set a briefing schedule on Defendant's proposed motion to dissolve the injunction and stated that "[b]y filing the motion to dissolve the injunction, Defendant agrees to construe Plaintiff's opposition to the motion as permissible under, and not in violation of, the Russian court's anti-suit injunction."

WHEREAS, Plaintiff's memorandum of law in opposition to Defendant's motion, filed on June 20, 2024, states that Defendant has taken steps to prevent Plaintiff from litigating its opposition to Defendant's motion, despite the directive in the May 16, 2024, Order.  It is hereby

**ORDERED** that Defendant shall file an affidavit on the docket stating that it agrees to construe Plaintiff's opposition to the motion to dissolve the injunction as permissible under, and not in violation of, the Russian court's anti-suit injunction by **June 28, 2024**.  If Defendant fails to do so, Defendant's motion will be denied as improperly filed in violation of the May 16, 2024, Order, and the injunction will remain in place.

Dated:  June 24, 2024
          New York, New York

                                 LORNA G. SCHOFIELD
                              UNITED STATES DISTRICT JUDGE