UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JPMORGAN CHASE BANK, N.A., :
                    Plaintiff, :
: 24 Civ. 2924 (LGS)
       -against- :
: <u>ORDER</u>
VTB BANK, P.J.S.C., :
                  Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the parties shall provide the facts and law pertinent to any order of the Court *sua sponte* sanctioning VTB Bank, P.J.S.C. and/or its counsel for violating any orders in this case, including the April 26, 2024, preliminary injunction order. By **July 12, 2024,** each party shall file papers on this topic not exceeding twenty-five pages. By **July 19, 2024,** each party shall file a response not exceeding fifteen pages. A hearing will be held on **July 23, 2024, at 2:30 P.M.** in Courtroom 1106, Thurgood Marshal Courthouse, 40 Foley Square, New York, NY 10007.

Dated: July 2, 2024
       New York, New York

                                            LORNA G. SCHOFIELD
                                          **UNITED STATES DISTRICT JUDGE**