UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                :
JPMORGAN CHASE BANK, N.A.,                       :
                              Plaintiff,         :
                                                :         24 Civ. 2924 (LGS)
               -against-                         :
                                                :             ORDER
VTB BANK, P.J.S.C.,                              :
                              Defendant.         :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order dated July 29, 2024, found Defendant VTB Bank, P.J.S.C., in civil

contempt for its violation of the April 26, 2024, Preliminary Injunction.  Among other relief, the

July 29, 2024, Order ordered that by August 5, 2024, Defendant shall move to stay the Russian

action, including an explicit lifting or stay of the permanent anti-suit injunction order to allow

this litigation to proceed, and shall file proof of compliance or shall pay a fine of $500,000.

WHEREAS, Defendant has not filed proof of compliance, or any other filing, on the

docket following the July 29, 2024, Order.

WHEREAS, on August 5, 2024, Plaintiff filed a letter stating that Defendant filed a

motion on August 2, 2024, in the Russian court proceedings.  Plaintiff provided a copy of the

motion and an English translation.  The motion states that Defendant "applies to the Saint

Petersburg and Leningrad Region Court for clarification of paragraph 3 of the operative part of

the court's ruling in order to eliminate any doubt that the discontinuation of the proceedings in

the case [in the Southern District of New York] entails the termination of all judicial acts

rendered in the case, including interim measures."  The motion specifically referenced this

Court's July 29, 2024, Order.  It is hereby

ORDERED that, in accordance with the July 29, 2024, Order, Defendant VTB Bank, P.J.S.C. is fined $500,000.  Defendant shall pay this fine to the Clerk of Court within one week of the date of this order.  Failure to comply with this order may result in further sanctions.

Defendant is apprised again that this Court retains its power to sanction even after a suit is dismissed.  *See U.S. D.I.D. Corp. v. Windstream Commc'ns, Inc.*, 775 F.3d 128, 134 (2d Cir. 2014); *accord Rice v. NBCUniversal Media, LLC*, No. 19 Civ. 447, 2019 WL 3000808, at *4 (S.D.N.Y. July 10, 2019).  The entirety of the July 29, 2024, Order remains in effect unless and until modified by Court order, even if this case is dismissed.  The Court reserves the right to award compensatory sanctions to Plaintiff from any sum deposited by Defendant into the Court's registry.

Dated: August 6, 2024
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2