**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

JPMORGAN CHASE BANK, N.A.,

      Plaintiff,

      - against -

VTB BANK, P.J.S.C.,

      Defendant.

Case No. 1:24 Civ. 02924 (LGS)

---

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that defendant VTB Bank, P.J.S.C. ("VTB Bank"), through its undersigned counsel, appeals to the United States Court of Appeals for the Second Circuit the following orders entered in this case by Judge Lorna G. Schofield:

1. the Order issued July 29, 2024 (ECF No. 64);

2. the Order issued August 6, 2024 (ECF No. 67); and

3. a portion of the Order issued August 15, 2024 (ECF No. 71), specifically the second and third ORDERED paragraphs stating that it is

   **ORDERED** that Defendant's pending motion to dissolve this Court's preliminary injunction is **DENIED** as moot without prejudice to renewal. It is further

   **ORDERED** that for the avoidance of doubt, the entirety of the July 29, 2024, Order finding Defendant in civil contempt for its violation of the April 26, 2024, Preliminary Injunction and the entirety of the August 6, 2024, Order fining Defendant $500,000 in accordance with the July 29, 2024, Order remain in effect after discontinuance, unless and until modified by Court order. Failure to comply with those orders may result in further sanctions. . . .

-2-

Dated:  August 27, 2024
        New York, New York

Respectfully submitted,

CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP


By:     */s/ Jonathan J. Walsh*
        Jonathan J. Walsh
        Jason Wright
        Felix Gilman
        Matthew W. Henry
        101 Park Avenue
        New York, New York 10178
        Tel.:     (212) 696-6000
        Fax:      (212) 697-1559
        Email:    jwalsh@curtis.com
                  jwright@curtis.com
                  fgilman@curtis.com
                  mhenry@curtis.com

        *Attorneys for Defendant VTB Bank, P.J.S.C.*